

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. _____

42 U.S.C. 408(a)(7)(B)
18 U.S.C. 1014
18 U.S.C. 1028(a)(7)

**UNITED STATES OF AMERIC**

vs.

**HUBERT CAMPBELL,**

       **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-6

**(False Representation of Social Security Number: 42 USC § 408(a)(7)(B))**

1.    On or about the dates set forth below, in Broward County and elsewhere, in the Southern District of Florida, the defendant,

**HUBERT CAMPBELL,**

did for the purposes set forth below, knowingly and with intent to deceive, falsely represent Social Security number xxx-xx-3485 (last four numbers only) to be the Social Security number assigned to **HUBERT CAMPBELL** by the Commissioner of Social Security, when in truth and fact, as the defendant well knew, such number had not been assigned to him by the Commissioner of Social Security, as stated in the individual counts below:



| COUNT | APPROXIMATE DATE | PURPOSE |
|---|---|---|
| 1 | 2/26/03 | Obtaining a first mortgage loan with National City Mortgage Company, in the amount of approximately $155,200, on property located at 80 NE 174th Drive, Miami, Florida |
| 2 | 4/9/04 | Obtaining a mortgage loan with Argent Mortgage Company, LLC, in the amount of approximately $157,700, on property located at 14940 NW 6th Court, Miami Beach, Florida |
| 3 | 6/8/04 | Obtaining an automobile loan with American Honda Finance Corporation, in the amount of approximately $31,203.11 at Beach Honda in North Miami Beach, Florida |
| 4 | 7/28/04 | Obtaining a first mortgage loan in the amount of approximately $321,600 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida |
| 5 | 7/28/04 | Obtaining a second mortgage loan in the amount of approximately $80,400 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida |
| 6 | 9/23/04 | Obtaining a second mortgage loan with Argent Mortgage Company, LLC, in the amount of approximately $83,000, on property located at 925 NE 144th Street, North Miami Beach, Florida |

All in violation of Title 42, United States Code, Section 408(a)(7)(B) and Title 18, United States Code, Section 2.

## COUNTS 7-9

**(False Statement to a Bank: 18 U.S.C. §1014)**

2. Washington Mutual was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, and which had branches in Broward County and throughout the Southern District of Florida. Long Beach Mortgage was a subsidiary

company owned by Washington Mutual, and was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

3. National City Mortgage Company was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, and which had offices located nationwide. National City Mortgage was a subsidiary of National City Bank of Indiana, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, and had its main office in Dallas, Texas.

4. On or about the dates set forth below, at Broward County and elsewhere in the Southern District of Florida, the defendant,

**HUBERT CAMPBELL**,

knowingly and willfully made and caused to be made a false statement, for the purpose of influencing the actions of institutions, the accounts of which were insured by the Federal Deposit Insurance Corporation, as set forth in the individual counts below, in that the defendant falsely stated that his Social Security number was xxx-xx-3485 (last four numbers only), when, in truth and fact, as the defendant then and there well knew, this statement was not true:

| COUNT | APPROXIMATE DATE | PURPOSE |
|---|---|---|
| 7 | 1/16/03 | Defendant made a false statement in an application for a first mortgage loan with National City Mortgage Company in the amount of approximately $155,200, on property located at 80 NE 174th Drive, Miami, Florida, for the purpose of influencing the actions of National City Bank of Indiana |

3

| 8 | 7/29/04 | Defendant made a false statement in an application for a first mortgage loan in the approximate amount of $321,600 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida, for the purpose of influencing the actions of Long Beach Mortgage |
|---|---------|---|
| 9 | 7/29/04 | Defendant made a false statement in an application for a second mortgage loan in the amount of approximately $80,400 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida, for the purpose of influencing the actions of Long Beach Mortgage |

All in violation of Title 18, United States Code, Sections 1014 and 2.

## COUNTS 10-15

### (Identity Theft: 18 U.S.C. § 1028(a)(7))

5.     On or about the dates set forth below, in Broward County and elsewhere, in the Southern District of Florida, the defendant,

**HUBERT CAMPBELL,**

knowingly possessed and attempted to possess, in and affecting interstate commerce, without lawful authority, a means of identification of another person with the intent to commit, and to aid and abet, unlawful activity that constitutes a violation of federal law, to wit, misuse of Social Security numbers in violation of Title 42, United States Code, Section 408(a)(7)(B), as stated in the individual counts below:

4

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 10 | 2/26/03 | Used Social Security number of an individual with the initials "R.C." to obtain a first mortgage loan with National City Mortgage Company, in the amount of approximately $155,200, on property located at 80 NE 174th Drive, Miami, Florida |
| 11 | 4/9/04 | Used Social Security number of an individual with the initials "R.C." to obtain a mortgage loan with Argent Mortgage Company, LLC, in the amount of approximately $157,700, on property located at 14940 NW 6th Court, Miami Beach, Florida |
| 12 | 6/8/04 | Used Social Security number of an individual with the initials "R.C." to obtain an automobile loan with American Honda Finance Corporation, in the amount of approximately $31,203.11 at Beach Honda in North Miami Beach, Florida |
| 13 | 7/28/04 | Used Social Security number of an individual with the initials "R.C." to obtain a first mortgage loan in the amount of approximately $321,600 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida |
| 14 | 7/28/04 | Used Social Security number of an individual with the initials "R.C." to obtain a second mortgage loan in the amount of approximately $80,400 from Long Beach Mortgage, on property located at 1900 SW 51st Terrace, Plantation, Florida |
| 15 | 9/23/04 | Used Social Security number of an individual with the initials "R.C." to obtain a second mortgage loan with Argent Mortgage Company, LLC, in the amount of approximately $83,000, on property located at 925 NE 144th Street, North Miami Beach, Florida |

All in violation of Title 18, United States Code, Sections 1028(a)(7), (c)(3)(A), (f), and (b)(2)(B), and Section 2.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
vs.

HUBERT CAMPBELL,

           **Defendant.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes ____  No _X_
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _NO_
List language and/or dialect    _____

4. This case will take  _5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
    (Check only one)        (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ____ |
| II | 6 to 10 days | ____ | Minor | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV | 21 to 60 days | ____ | Felony | _X_ |
| V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)  _NO_
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?  (Yes or No)  _NO_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No) ____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ____ Yes  _X_ No
If yes, was it pending in the Central Region?  ____ Yes  _X_ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ____ Yes  ____ No

*Laurie E. Rucoba*
LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500052

Penalty Sheet(s) attached                                Rev. 1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name: __HUBERT CAMPBELL__   No.: _____

**Counts #1-6:**

False representation of Social Security Number in violation of 42 U.S.C. §408(a)(7)(B)

*Max Penalty: Five (5) years' imprisonment, Three (3) years' supervised release, $250,000 fine

**Counts #7-9:**

False statements to a bank in violation of 18 U.S.C. §1014

*Max Penalty: Thirty (30) years' imprisonment, five (5) years' supervised release, $1,000,000 fine

**Counts #10-15:**

Identity theft in violation of 18 U.S.C. §1028(a)(7)

*Max Penalty: Five (5) years' imprisonment, three (3) years' supervised release, $250,000 fine

**Count:**

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96